# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| JOHN C. MARR, as assignee of Matthew T. Zirtzman, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV418-094 |
| USAA GENERAL INDEMNITY COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

# **ORDER**

Plaintiff filed this bad-faith-failure-to-settle claim in the Northern District of Georgia on April 24, 2018.[1] *See* doc. 1. Before it was served, it was transferred to this District. *See* doc. 2. Since that transfer, it appears that plaintiff has taken no further action to serve the defendant or otherwise prosecute this case.

The Federal Rules provide that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice

---

[1] The Court notes that the Complaint is undated. *See* doc. 1 at 12. The Court, therefore, relies on the date that the Complaint was filed by the Northern District's Clerk of Court.

against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The Rule's 90-day period has long since passed. Plaintiff, therefore, is **DIRECTED** to respond within seven days and **SHOW CAUSE** why this case should not be dismissed for failure to serve the defendant or, alternatively, for failure to prosecute. *See id.*; *see also* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (recognizing courts' power "to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief.").

    **SO ORDERED,** this 24th day of April, 2019.

                                        CHRISTOPHER L. RAY
                                        UNITED STATES MAGISTRATE JUDGE
                                        SOUTHERN DISTRICT OF GEORGIA