# United States District Court
## *Southern District of Georgia*

JOHN C. MARR,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

**v.**

CASE NUMBER: 4:18CV-094

USAA GENERAL INDEMNITY
COMPANY,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated May 28, 2019 adopting the Report and

Recommendations of the U.S. Magistrate Judge as the opinion of this Court, this complaint is

dismissed without prejudice. This case stands closed.

May 28, 2019
*Date*

Scott L. Poff
*Clerk*

*James R. Burell*

*(By) Deputy Clerk*